

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2019

No. 04-19-00267-CR

John Marshall **LEE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 00-0495-CR
Honorable Gus J. Strauss, Jr., Judge Presiding

# O R D E R

    The reporter's record was originally due on May 28, 2019, but has not been filed in this court. The court reporter has not filed a notification of late record. Accordingly, it is ORDERED that the court reporter must file the reporter's record within ten days from the date of this order.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court